LTL ATTORNEYS LLP
James M. Lee (SBN 192301)
  james.lee@ltlattorneys.com
David W. Ammons (SBN 187168)
  david.ammons@ltlattorneys.com
Alex H. Hu (SBN 279585)
  alex.hu@ltlattorneys.com
300 S. Grand Ave, 14th Floor
Los Angeles, California 90071
Tel.: 213-612-8900
Fax: 213-612-3773

Attorneys for Defendant
THOMSON REUTERS (LEGAL) INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE F. TOCE, an individual, The TOCE FIRM, APLC, GILBERT H. DOZIER, an individual, and ANDERSON & DOZIER, LLP, <br><br> Plaintiffs, <br> v. <br> CAMERON RENTCH, WISE LAW GROUP, LLC, KERRY STEIGERWALT, FORD & ASSOCIATES NATIONWIDE LEGAL SERVICES, APC, and THOMSON REUTERS AMERICA CORPORATION, <br><br> Defendants. <br> THOMSON REUTERS (LEGAL) INC., <br><br> Cross-Complainant, <br><br> v. <br><br> B. CAMERON RENTCH and WISE LAW GROUP, LLC, <br><br> Cross-Defendants. | CASE NO.: 3:17−CV−603 AJB (BLM) <br><br> [Assigned to the Hon. Anthony J. Battaglia] <br><br> **DEFENDANT THOMSON REUTERS (LEGAL) INC.'S *EX PARTE* APPLICATION TO SEAL A PREVIOUSLY-FILED DOCUMENT** |

1    Pursuant to Civil Local Rule 79.2(c), Judge Battaglia's Chambers Rule IV,
2 and the Court's inherent authority over its own files and records, Cross-Complainant
3 Thomson Reuters (Legal) Inc. ("TR" or "Cross-Complainant") applies to this Court
4 for an order allowing it to seal the unredacted version of TR's Exhibit A to its
5 Cross-Complaint (ECF No. 15-1).

6    The Application is made on the grounds that the Exhibit TR wishes to file
7 under seal contains confidential business information that, if disclosed, could
8 undermine TR's negotiation with its partners. No party to this lawsuit opposes this
9 application. Ammons Decl. ¶ 3.

10   In support of this Application, TR submits the accompanying Memorandum
11 of Points and Authorities, a Proposed Order, and a Declaration of David W.
12 Ammons.

14 June 27, 2017                                LTL ATTORNEYS LLP

16                                        By:   s/ David W. Ammons
17                                              James M. Lee
                                                David W. Ammons
18                                              Alex H. Hu
19                                              Attorneys for Defendant/Cross-Complainant
                                                Thomson Reuters America Corporation

1

THOMSON REUTERS (LEGAL) INC.'S *EX PARTE* APPLICATION

1 | **CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA)**
**COUNTY OF LOS ANGELES)**

I am employed in the county of Los Angeles State of California. I am over the age of 18 and not a party to the within action; my business address is: 300 South Grand Ave., 14th Floor, Los Angeles, CA 90071.

On **June 27, 2017**, I served the foregoing document(s) described as **DEFENDANT THOMSON REUTERS (LEGAL) INC.'S EX PARTE APPLICATION TO SEAL A PREVIOUSLY-FILED DOCUMENT** on the interested parties in this action.

| | |
|---|---|
| David H. Lawton, Esq.<br>The Gallagher Law Group PC<br>1875 Century Park East, Suite 1550<br>Los Angeles, CA 90067<br>310-203-2600<br>310-203-2610 (fax)<br>dlawton@thegallagherlawgroup.com | *Attorneys for Plaintiffs ANDRE F. TOCE, THE TOCE FIRM, APLC, GILBERT H. DOZIER, AND ANDERSON & DOZIER, LLP* |
| Jack Reynolds Leer<br>Caldarelli Hejmanowski & Page LLP<br>12340 El Camino Real, Suite 430<br>San Diego, CA 92130<br>(858) 720-8080<br>(858) 720-6680 (fax)<br>jrl@chpllaw.com | *Attorneys for Defendants Ford & Associates Nationwide Legal Services, APC and Kerry Steigerwalt* |
| Matthew Miguel Mahoney<br>Witham Mahoney & Abbott, LLP<br>401 B Street, Suite 2220<br>San Diego,, CA 92101<br>619-407-0505<br>619-872-0711 (fax)<br>mahoney@wmalawfirm.com | *Attorneys for Defendant and Cross Defendant Cameron Rentch* |

//
//
//
//

1
CERTIFICATE OF SERVICE

[X] **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

Executed on **June 27, 2017**, at Los Angeles, California.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Erik Jimenez Rodriguez
    *Print Name*

*Signature*

2
CERTIFICATE OF SERVICE