LTL ATTORNEYS LLP
James M. Lee (SBN 192301)
james.lee@ltlattorneys.com
David W. Ammons (SBN 187168)
david.ammons@ltlattorneys.com
Alex H. Hu (SBN 279585)
alex.hu@ltlattorneys.com
300 S. Grand Ave, 14th Floor
Los Angeles, California 90071
Tel.: 213-612-8900
Fax: 213-612-3773

Attorneys for Defendant
THOMSON REUTERS (LEGAL) INC. erroneously named as
THOMSON REUTERS AMERICA CORPORATION

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ANDRE F. TOCE, an individual, The TOCE FIRM, APLC, GILBERT H. DOZIER, an individual, and ANDERSON & DOZIER, LLP,

Plaintiffs,

v.

CAMERON RENTCH, WISE LAW GROUP, LLC, KERRY STEIGERWALT, FORD & ASSOCIATES NATIONWIDE LEGAL SERVICES, APC, and THOMSON REUTERS AMERICA CORPORATION,

Defendants.

CASE NO.: 3:17−CV−603−AJB−BLM

[Assigned to the Hon. Anthony J. Battaglia]

**DAVID W. AMMONS' DECLARATION IN SUPPORT OF DEFENDANT THOMSON REUTERS (LEGAL) INC.'S *EX PARTE* APPLICATION TO SEAL A PREVIOUSLY-FILED DOCUMENT**

**DECLARATION OF DAVID W. AMMONS**

I, David W. Ammons, declare as follows:

1. I am an attorney at law duly licensed to practice before all of the courts in the State of California and admitted to the Southern District of California and am a partner with the law firm of LTL Attorneys LLP, attorneys of record for Defendant Thomson Reuters (Legal) Inc. ("TR") herein. I have personal knowledge of the matters stated herein and if called upon as a witness, I could and would competently testify thereto.

2. This declaration is made in support of TR's *ex parte* application for an order sealing the unredacted version of Exhibit A to TR's Cross-Complaint, filed as ECF No. 15-1.

3. On June 27, 2017, I contacted opposing counsel for all parties via email informing them of TR's intention to move to seal the unredacted version of Exhibit A. I attached a copy of the proposed redactions to that email as a PDF. All other parties replied to inform me that they did not oppose the redactions.

4. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true.

Executed this 27th day of June 2017 at Los Angeles, California.

David W. Ammons

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA)**
**COUNTY OF LOS ANGELES)**

I am employed in the county of Los Angeles State of California. I am over the age of 18 and not a party to the within action; my business address is: 300 South Grand Ave., 14th Floor, Los Angeles, CA 90071.

On **June 27, 2017**, I served the foregoing document(s) described as **DAVID W. AMMONS' DECLARATION IN SUPPORT OF DEFENDANT THOMSON REUTERS (LEGAL) INC.'S EX PARTE APPLICATION TO SEAL A PREVIOUSLY-FILED DOCUMENT** on the interested parties in this action.

| | |
|---|---|
| David H. Lawton, Esq.<br>The Gallagher Law Group PC<br>1875 Century Park East, Suite 1550<br>Los Angeles, CA 90067<br>310-203-2600<br>310-203-2610 (fax)<br>dlawton@thegallagherlawgroup.com | *Attorneys for Plaintiffs ANDRE F. TOCE, THE TOCE FIRM, APLC, GILBERT H. DOZIER, AND ANDERSON & DOZIER, LLP* |
| Jack Reynolds Leer<br>Caldarelli Hejmanowski & Page LLP<br>12340 El Camino Real, Suite 430<br>San Diego, CA 92130<br>(858) 720-8080<br>(858) 720-6680 (fax)<br>jrl@chpllaw.com | *Attorneys for Defendants Ford & Associates Nationwide Legal Services, APC and Kerry Steigerwalt* |
| Matthew Miguel Mahoney<br>Witham Mahoney & Abbott, LLP<br>401 B Street, Suite 2220<br>San Diego,, CA 92101<br>619-407-0505<br>619-872-0711 (fax)<br>mahoney@wmalawfirm.com | *Attorneys for Defendant and Cross Defendant Cameron Rentch* |

//

//

//

[X] **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

Executed on **June 27, 2017**, at Los Angeles, California.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Erik Jimenez Rodriguez
*Print Name*

*Signature*