THE GALLAGHER LAW GROUP PC
David H. Lawton, Esq. (SBN 275435)
dlawton@thegallagherlawgroup.com
1875 Century Park East, Suite 1550
Los Angeles, CA 90067
Telephone:  (310) 203-2600
Facsimile:  (310) 203-2610

Attorney for Plaintiffs Andre F. Toce, The Toce Firm, APLC, Gilbert H. Dozier, and Anderson & Dozier, LLP

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE F. TOCE, an individual, The TOCE FIRM, APLC, GILBERT H. DOZIER an individual, and ANDERSON & DOZIER, LLP,<br><br>Plaintiffs,<br><br>v.<br><br>CAMERON RENTCH, WISE LAW GROUP, LLC, KERRY STEIGERWALT, FORD & ASSOCIATES NATIONWIDE LEGAL SERVICES, APC, and THOMSON REUTERS AMERICA CORPORATION,<br><br>Defendants. | Case No. 3:17-CV-0603-AJB-BLM<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) AS TO DEFENDANTS KERRY STEIGERWALT AND FORD & ASSOCIATES NATIONWIDE LEGAL SERVICES, APC, ONLY |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i),

Plaintiffs Andre F. Toce, The Toce Firm, APLC, Gilbert H. Dozier, and Anderson

& Dozier, LLP voluntarily dismiss Defendants KERRY STEIGERWALT, FORD

& ASSOCIATES NATIONWIDE LEGAL SERVICES, APC, only, from the

complaint without prejudice.

DATED:   June 28, 2017

Respectfully submitted,


By:  s/ David H. Lawton           .
   Attorney for Plaintiffs
   dlawton@thegallaghergroup.com

PROOF OF SERVICE

I, David H. Lawton, hereby certify:  I am over the age of 18 and not a party to the above-referenced action.  I am employed by The Gallagher Law Group PC, at 1875 Century Park East, Suite 1550, Los Angeles, California 90067.  I am familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence is deposited with the United States Postal Service drop box at my business address for same day pick up in the ordinary course of business.

On June 28, 2017, I served the attached **Notice Of Dismissal Pursuant To Federal Rules Of Civil Procedure 41(A) As To Defendants Kerry Steigerwalt and Ford & Associates Nationwide Legal Services, APC, Only** on the Defendants by CM-ECF e-service and by depositing at my business address a true copy thereof in a sealed envelope with postage fully prepaid First Class Mail, United States Postal Service drop box, to:

| | |
|---|---|
| Matthew M. Mahoney, Esq.<br>Susan Dent, Esq.<br>Witham Mahoney & Abbott, LLP<br>401 B Street, Suite 2220<br>San Diego, CA 92101<br>Attorneys for Defendants Cameron Rentch and Wise Law Goup, LLC | LTL Attorneys LLP<br>David W. Ammons, Esq.<br>300 S. Grand Ave. 14th Floor<br>Los Angeles, CA 9071<br>Attorneys for Thomson Reuters (Legal) Inc. erroneously named as Thomson Reuters America Corporation |
| Jack Leer, Esq.<br>Caldarelli Hejmanowski Page & Leer LLP<br>12340 El Camino Real, Suite 430<br>San Diego, CA 92130<br>Attorneys for Defendant Kerry Steigerwalt and Ford & Associates Nationwide Legal Services, APC | |

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on June 28, 2017.

By:  ___/s/ David H. Lawton___ .

3