

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andre F. Toce, an individual; The Toce Firm, APLC; Gilbert H. Dozier, an individual; Anderson & Dozier, LLP<br><br>**Plaintiff,**<br><br>**V.**<br><br>Cameron Rentch; Wise Law Group, LLC; Thomson Reuters America Corporation<br>(See attachment for addt'l Defendants)<br><br>**Defendant.** | **Civil Action No.**  17-cv-0603-AJB-BLM<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS in part and DENIES in part Defendants Cameron Rentch and Wise Law Group's motion for summary judgment against Plaintiffs, (Doc. No. 62), DENIES as moot Defendants Cameron Rentch and Wise Law Group's motion for summary judgment, or in the alternative, summary adjudication of Thomson Reuters' cross-complaint, (Doc. No. 63), and GRANTS in part and DENIES in part Defendant/Cross-Complainant Thomson Reuters' motion for summary judgment, (Doc. No. 64). Thomson Reuters' cross-complaint, (Doc. No. 15), for indemnification is now moot. The Clerk of Court is DIRECTED to CLOSE this case.

**Date:**        11/15/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Corsello

A. Corsello, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  17-cv-0603-AJB-BLM

Thomson Reuters America Corporation,

Cross Claimant,

v.

Cameron Rentch; Wise Law Group, LLC

Cross Defendant.