FILED

MAY 08 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ANDRE F. TOCE, an individual; et al.,

        Plaintiffs-Appellants,

 v.

CAMERON RENTCH; et al.,

        Defendants-Appellees,

 and

KERRY L. STEIGERWALT and FORD
& ASSOCIATES NATIONWIDE LEGAL
SERVICES, APC,

        Defendants.

No.   18-56643

D.C. No.
3:17-cv-00603-AJB-BLM
Southern District of California,
San Diego

ORDER

ANDRE F. TOCE, an individual; et al.,

        Plaintiffs-Appellees,

 v.

CAMERON RENTCH and WISE LAW
GROUP, LLC,

        Defendants,

KERRY L. STEIGERWALT and FORD
& ASSOCIATES NATIONWIDE LEGAL
SERVICES, APC,

No.   18-56689

D.C. No.
3:17-cv-00603-AJB-BLM
Southern District of California,
San Diego

|  | Defendants, |
| --- | --- |
| and | |
| THOMSON REUTERS AMERICA CORPORATION, | |
| | Defendant-Appellant. |

Pursuant to the stipulation of the parties (Docket Entry No. 13), these appeals are voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT


By: Roxane G. Ashe
Circuit Mediator

rga/mediation